UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BLAKE LEE REYES,<br><br>    Plaintiff,<br><br>  vs.<br><br>UNITED STATES ARMY, et al.,<br><br>    Defendants. | NO. 2:15-CV-00217-JLQ<br><br>ORDER OF DISMISSAL<br>AND CLOSING FILE |

    Plaintiff submitted his Complaint (ECF No. 2), an Application to proceed *in forma pauperis,* and a Motion to Appoint Counsel on August 24, 2015. On August 25, 2015, Magistrate Judge Rodgers issued an Order denying the Application to proceed in forma pauperis. (ECF No. 4). The Order pointed out a deficiency in the Application and gave Plaintiff 30 days to "proffer the full filing fee, show cause why prepayment would be inappropriate, or submit a properly completed Application." Plaintiff failed to respond to the Order of August 25, 2015, and on September 29, 2015, this court issued an Order to Show Cause. The Order directed Plaintiff to respond to the Order by no later than October 13, 2015, and cautioned: "<u>Failure to timely respond to this Order will result in dismissal of the action</u>." (ECF No. 9, p. 2)(emphasis in original). Plaintiff has filed no response to the Order.

    It has recently come to the court's attention, that some of the prior Orders sent to the address provided by Plaintiff were returned as "undeliverable". Plaintiff is responsible for providing the court with a valid address, and updating that address if it changes. The court would also expect a litigant to periodically check the status of his case. Plaintiff has taken no action in this case since the initial submittal on August 24, 2015. Plaintiff has not obtained *in forma pauperis* status, and has not complied with the

ORDER - 1

1  Orders of the court.

2  **IT IS HEREBY ORDERED:**

3  Plaintiff's Complaint is dismissed without prejudice.  The Clerk is directed to enter
4  this Order and close the file.

5  **IT IS SO ORDERED**.  The Clerk is hereby directed to enter this Order, mail a
6  copy to Plaintiff at the address provided, and close this file.

7  **DATED** this 20th day of October, 2015.

8                        s/ Justin L. Quackenbush
                         JUSTIN L. QUACKENBUSH
9              SENIOR UNITED STATES DISTRICT JUDGE